Opinion issued June 6, 2002













In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-00230-CR

____________


RAYMOND SABALA, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 230th District Court

Harris County, Texas

Trial Court Cause No. 860657






MEMORANDUM OPINION

 We are without jurisdiction to entertain this appeal. Appellant was
sentenced in this case on March 2, 2001. A motion for new trial was timely filed. 
The deadline for filing notice of appeal was therefore May 31, 2001, 90 days after
sentencing. See Tex. R. App. P. 26.2(a)(2). Notice of appeal was filed on January 17,
2002, well after the deadline.

 We therefore dismiss the appeal for lack of jurisdiction. Slaton v. State, 981
S.W.2d 208, 209-10 (Tex. Crim. App. 1998); Olivo v. State, 918 S.W.2d 519, 522
(Tex. Crim. App. 1996). We also note that this was a plea-bargained felony case in
which appellant waived his right to appeal. See Buck v. State, 45 S.W.3d 275, 278
(Tex. App.--Houston [1st Dist.] 2001, no pet.).

 All pending motions are denied as moot.

 It is so ORDERED.

PER CURIAM

Panel consists of Justices Mirabal, Taft, and Smith. (1)

Do not publish. Tex. R. App. P. 47.
1. The Honorable Jackson B. Smith, Jr., retired Justice, Court of Appeals, First
District of Texas at Houston, participating by assignment.